NOT FOR PUBLICATION                                                                                  (Doc. No. 2)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| Jeffrey BELLO | : |
| Plaintiff, | : Civil No. 15-6768 (RBK/KMW) |
| v. | : **OPINION** |
| EDGEWATER PARK SEWERAGE AUTHORITY and STATE OF NEW JERSEY | : |
| Defendants. | : |

**KUGLER**, United States District Judge:

This action comes before the Court on Plaintiff Jeffrey Bello's Motion for a Preliminary Injunction (Doc. No. 2). Pursuant to Federal Rule of Civil Procedure 65(a)(1), "[t]he court may issue a preliminary injunction only on notice to the adverse party." It appears to the Court that Defendants Edgewater Park Sewerage Authority and the State of New Jersey have not yet been served with the Complaint. Therefore, Defendants do not have notice of Plaintiff's Motion for a Preliminary Injunction. As such, Plaintiff's motion is **DENIED WITHOUT PREJUDICE**.


Dated:   09/14/2015                                                               s/ Robert B. Kugler

                                                                                                   ROBERT B. KUGLER

                                                                                                   United States District Judge