NOT FOR PUBLICATION                                        (Doc. Nos. 13, 22, & 23)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

|  |  |
|---|---|
| Jeffrey BELLO,  Plaintiff, <br><br> v. <br><br> EDGEWATER PARK SEWERAGE AUTHORITY and THE STATE OF NEW JERSEY <br><br> Defendants. | Civil No. 15–6768 (RBK/KMW) <br><br> **ORDER** |

**KUGLER**, United States District Judge:

**THIS MATTER** having come before the Court upon Plaintiff Jeffrey Bello's Motion for Default Judgment (Doc. No. 13), Defendant State of New Jersey's Cross-Motion to Vacate Clerk's Entry of Default (Doc. No. 22), and Defendant Edgewater Park Sewerage Authority's Cross-Motion to Vacate Clerk's Entry of Default (Doc. No. 23), and the Court having considered the moving papers, and for the reasons expressed in the accompanying Opinion;

**IT IS HEREBY ORDERED** that Defendant State of New Jersey's Motion (Doc. No. 22) is **GRANTED**.

**IT IS HEREBY FURHTER ORDERED** that Defendant Edgewater Park Sewerage Authority's Motion (Doc. No. 23) are **GRANTED**.

**IT IS HEREBY FURTHER ORDERED** that the Clerk is directed to **VACATE** the entries of default against Defendants State of New Jersey and Edgewater Park Sewerage Authority.

2

**IT IS HEREBY FURTHER ORDERED** that Plaintiff's Motion for Default Judgment (Doc. No. 13) is **DENIED AS MOOT**.

**IT IS HEREBY FURTHER ORDERED** that Defendants shall have thirty (30) days from the entry of this Order to file responsive pleadings.


Dated:     12/10/2015                           s/ Robert B. Kugler

                                                ROBERT B. KUGLER

                                                United States District Judge